```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 17087
    JIMMIE BROWN
    LUCY ANN BROWN                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-4847      SSN XXX-XX-0285

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/22/2006 and was confirmed 03/07/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 01/09/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
OPTION ONE MORTGAGE         CURRENT MORTG        .00           .00            .00
OPTION ONE MORTGAGE         MORTGAGE ARRE        .00           .00            .00
CONSUMER PORTFOLIO SERV     SECURED VEHIC    2808.95        129.95        1036.54
INTERNAL REVENUE SERVICE    PRIORITY       NOT FILED           .00            .00
HARVARD COLLECTION SERVI    UNSECURED      NOT FILED           .00            .00
AFNI/VERIZON WIRELESS       UNSECURED        1095.77           .00         237.40
LEGAL REMEDIES CHARTERED    DEBTOR ATTY     1,800.00                     1,800.00
TOM VAUGHN                  TRUSTEE                                        216.11
DEBTOR REFUND               REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,420.00

PRIORITY                                              .00
SECURED                                         1,036.54
    INTEREST                                      129.95
UNSECURED                                         237.40
ADMINISTRATIVE                                  1,800.00
TRUSTEE COMPENSATION                              216.11
DEBTOR REFUND                                         .00
                        --------------      --------------
TOTALS                  3,420.00                3,420.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 17087 JIMMIE BROWN & LUCY ANN BROWN

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 04/23/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 06 B 17087 JIMMIE BROWN & LUCY ANN BROWN